No. 48, Orig. MISSISSIPPI *v.* ARKANSAS. Exceptions to Report of Special Master set for oral argument in due course. [For earlier orders herein, see, *e. g.,* 411 U. S. 913.]

No. 62, Orig. NEVADA *v.* CALIFORNIA. Motion for leave to file bill of complaint denied.

No. 63, Orig. GEORGIA *v.* NIXON, PRESIDENT OF THE UNITED STATES, ET AL. Motion for leave to file bill of complaint denied.

No. 64, Orig. NEW HAMPSHIRE *v.* MAINE. Motion for leave to file bill of complaint granted. State of Maine allowed 30 days in which to answer or otherwise respond.

No. 71–1545. BUTZ, SECRETARY OF AGRICULTURE, ET AL. *v.* GLOVER LIVESTOCK COMMISSION CO., INC., 411 U. S. 182. Motion to waive costs denied.

No. 72–397. BONELLI CATTLE CO. ET AL. *v.* ARIZONA ET AL. Sup. Ct. Ariz. [Certiorari granted, 410 U. S. 908.] Motions of State of California and County of Mohave, Arizona, for leave to participate in oral argument as *amici curiae* denied.